CLM

**STEVE D. LARSON,** OSB No. 863540
Email:      slarson@stollberne.com
**JOSHUA L. ROSS,** OSB No. 034387
Email:      jross@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone:    (503) 227-1600
Facsimile:    (503) 227-6840

**EARL P. UNDERWOOD JR.**
Email:      epunderwood@alalaw.com
OFFICES OF EARL P. UNDERWOOD, JR.
Post Office Box 969
Fairhope, AL 36533-0969
Telephone:    (251) 990-5558
Facsimile:    (251) 990-0626

**KENNETH J. RIEMER**
Email:      kjr@alaconsumerlaw.com
Attorney at Law
P.O. Box 1206
Mobile, AL 36633
Telephone:    (251) 990-5558
Facsimile:    (251) 990-0626

FILED'08 JUL 16 13:20 USDC-ORP

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AARON AND KAYNATICE WARD, JOEY AND TINA RESMONDO, AND PAULINE LAMPKIN, | Case No.  **CV '08 - 840 - AC** |
| Plaintiffs, | **CLASS ACTION ALLEGATION COMPLAINT** |
| v. | **(Truth in Lending Act)** |
| LIME FINANCIAL SERVICES, LTD, | **JURY TRIAL DEMANDED** |
| Defendant. | |


**INTRODUCTION**

1.      Plaintiffs bring this action against a mortgage lender for violation of the Truth-in-

# 22154

{SSBLS Main Documents\7840\001\00172133-1 }

Page 1 – **CLASS ACTION ALLEGATION COMPLAINT**

Lending Act, 15 U.S.C. § 1601 ("TILA"), and its implementing Federal Reserve Board Regulation Z, 12 C.F.R. part 226. Plaintiffs refinanced their home mortgages with Defendant. Plaintiffs did not receive all of the material disclosures required by the Truth in Lending Act ("TILA") at closing. As a result, Plaintiffs have exercised their right to rescind their loans under TILA, and have filed this action to enforce that right.

## JURISDICTION AND VENUE

2.      This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 (general federal question), 1337 (interstate commerce), and 15 U.S.C. § 1640(e) (Truth in Lending Act). Defendant is an Oregon corporation.

## PARTIES

3.      Plaintiffs, Aaron and Kaynatrice Ward, "the Wards" own and reside in a home at 302 Dexter Avenue, Mobile, AL 36604.

4.      Plaintiffs, Joey and Tina Resmondo, "the Resmondos" own and reside in a home at 30662 Faires Rd., Elberta, AL 36530.

5.      Plaintiff, Pauline Lampkin, "Ms. Lampkin" owns and resides in a home at 89 Brownwood Ave., Bay Minette, AL 36507.

6.      Defendant, Lime Financial Services, Ltd is incorporated in Oregon and its principal address is 5885 SW Meadows Rd., Ste. 600, Lake Oswego, OR 97035.

7.      At all times relevant to this action, Defendant regularly extended or offered to extend consumer credit for which a finance charge is or may be imposed or which, by written agreement, is payable in more than four installments, making Defendant a creditor under TILA, 15 U.S.C. § 1602(f) and Regulation Z, 12 CFR § 226.2(a)(17).

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

## FACTUAL ALLEGATIONS

**The Ward Loan**

      8.      On July 22, 2005, the Wards refinanced their home mortgage with Defendant and obtained a $23,000.00 loan.

      9.      The loan was obtained for personal, family or household purposes, namely, the refinancing of prior debts incurred for such purposes.

      10.      The loan was used to pay off a prior loan from Wells Fargo and for a cash amount paid to the Wards.

      11.      In connection with the July 22, 2005 transaction the Wards signed or received the following documents:

              a.      A settlement statement on form HUD-1, Exhibit A;

              b.      A Truth in Lending disclosure statement, Exhibit B, designating Lime Financial Services, Ltd as lender; and

              c.      The Notice of Right-to-Cancel form, Exhibit C.

      12.      All of these documents were provided at the closing.

      13.      The Notice of Right-to-Cancel is defective in that it does not state the date the cancellation period expires and is otherwise defective.

      14.      In addition, the Truth-in-Lending disclosure understates the finance charge.

      15.      Exhibits B and C are standard form documents issued in connection with numerous transactions, as evidenced by the form numbers at the bottom of each document.

      16.      On information and belief, it is the standard practice of the Defendant to understate finance charges and to use defective Right-to-Cancel notices.

{SSBLS Main Documents\7840\001\00172133-1 }

Page 3 –**CLASS ACTION ALLEGATION COMPLAINT**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600    FAX (503) 227-6840

**The Resmondo Loan**

17.    On June 22, 2007, the Resmondos refinanced their home mortgage with Defendant and obtained a $174,100.00 loan.

18.    The loan was obtained for personal, family or household purposes, namely, the refinancing of prior debts incurred for such purposes.

19.    The loan was used to pay off a prior loan from Chase Home Finance, LLC and for a cash amount paid to the Resmondos.

20.    In connection with the June 22, 2007 transaction the Resmondos signed or received the following documents:

      a.    A settlement statement on form HUD-1A, Exhibit D; and

      b.    A Truth in Lending disclosure statement, Exhibit E, designating the Defendant as the lender;

      c.    The Notice of Right-to-Cancel, Exhibit F.

21.    All of these documents were provided at the closing.

22.    The Right-to-Cancel Notice is defective in that it does not disclose the date the rescission period expires and is otherwise defective.

23.    In addition, the Truth-in-Lending disclosure understates the finance charge. Exhibits E and F are standard form documents issued in connection with numerous transactions, as evidenced by the form numbers at the bottom of each document.

24.    On information and belief, it is the standard practice of the Defendant to understate finance charges and to use Right-to-Cancel notices that are defective.

**The Lampkin Loan**

25.    On June 9, 2006, Ms. Lampkin refinanced her home mortgage with Defendant

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

and obtained a $59,000.00 loan.

26.    The loan was obtained for personal, family or household purposes, namely, the refinancing of prior debts incurred for such purposes.

27.    The loan was used to pay off a prior loan from Citifinancial and for a cash amount paid to Ms Lampkin.

28.    In connection with the June 9, 2006 transaction Ms. Lampkin signed or received the following documents:

      a.    A settlement statement on form HUD-1, Exhibit G; and

      b.    A Truth in Lending disclosure statement, Exhibit H, designating the Defendant as the lender;

      c.    The Notice of Right-to-Cancel, Exhibit I

29.    All of these documents were provided at the closing.

30.    The Right-to-Cancel Notice was defective in that it did not disclose the date the rescission period expires and was otherwise defective.

31.    In addition, the Truth-in-Lending disclosure understates the finance charge.

32.    Exhibits H and I are standard form documents issued in connection with numerous transactions, as evidenced by the form numbers at the bottom of each document.

33.    On information and belief, it is the standard practice of the Defendant to understate finance charges and to use defective Right-to-Cancel Notices.

### RIGHT TO RESCIND

34.    Because the transactions were secured by Plaintiffs' homes, and were not entered into for purposes of the initial acquisition or construction of the homes, they were subject to the right to cancel provided by 15 U.S.C. § 1635 and 12 C.F.R. § 226.23.

{SSBLS Main Documents\7840\001\00172133-1 }

Page 5 –**CLASS ACTION ALLEGATION COMPLAINT**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

35.    Plaintiffs have given and herby notice of their election to rescind.

## CLASS ACTION ALLEGATIONS

36.    Plaintiffs incorporate the relevant paragraphs above.

37.    Plaintiffs bring this claim on behalf of a class. The class consists of (a) all natural persons (b) who obtained loans from Defendant that were secured by their residences, (c) on or after a date three years prior to the filing of this action (d) wherein their Truth-in-Lending Act disclosures were inaccurate and/or their Right-to-Cancel Notices were defective.

38.    The class members are so numerous that joinder is impracticable. On information and belief, there are more than 5,000 class members.

39.    There are questions of law and fact common to the class members, which common questions predominate over any questions that affect only individual class members. Some of the predominant common questions are:

a.    Whether Lime Financial Services, Ltd., had a practice of using the form Right-to-Cancel Notices act disclosure as exemplified;

b.    Whether doing so violates TILA thereby resulting in an extended rescission period;

c.    Whether Lime Financial Services, Ltd., made inaccurate TILA disclosures to class members during the class period; and

d.    Whether doing so violates TILA thereby resulting in an extended rescission period.

40.    Plaintiffs' claims are typical of the claims of the class members. All are based on the same factual and legal theories.

41.    Plaintiffs will fairly and adequately represent the interests of the class members. Plaintiffs have retained counsel experienced in consumer class action cases.

42.    A class action is superior to other alternative methods of adjudicating this dispute.

{SSBLS Main Documents\7840\001\00172133-1 }

## Page 6 –CLASS ACTION ALLEGATION COMPLAINT

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

Most of the class members are unaware of the deception practiced upon them. Individual cases are not economically feasible.

43.    Plaintiffs and the Plaintiffs' Class bring this action pursuant to Rules 23(b)(1) and (2) and 57 of the Federal Rules of Civil Procedure in that an actual controversy exists between the parties concerning their right to rescind their mortgage loans under 15 U.S.C. § 1635.

## FIRST CLAIM FOR RELIEF
### (Truth in Lending Act)

44.    Plaintiffs reallege and incorporate by reference relevant paragraphs above.

45.    Defendant's loans to Plaintiffs and all putative class members were consumer credit transactions subject to TILA.

46.    Each of the transactions of Plaintiffs and the members of the class described above violated 15 U.S.C. § 1635 and 12 C.F.R. § 226.23.

47.    As a result of the aforesaid violations, Plaintiffs hereby rescind their loans pursuant to 15 U.S.C. § 1635.

WHEREFORE, Plaintiffs request that the Court grant the following relief in favor of Plaintiffs and against the Defendant:

A.    All relief available under 15 U.S.C. § 1635 including cancellation of its security interest and a return of all money or property received;

B.    Statutory damages of $2,000.00 per loan; and

C.    Reasonable attorney fees and costs.

## SECOND CLAIM FOR RELIEF
### (Declaratory Judgment)

48.    Plaintiffs reallege and incorporate by reference the relevant paragraphs above.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

49.     As a result of the Defendant's aforesaid violations of TILA all Plaintiffs and Class Members have retained their right to rescind (as to loans that closed within three years *prior* to the filing of this complaint and as to properties not sold during such period) their loans under 15 U.S.C. § 1635. Accordingly, Plaintiffs and Class Members pray for a declaratory judgment recognizing and authorizing rescission by Plaintiffs and Class Members, this declaratory judgment giving notice to Defendant of all Plaintiffs and Class Members demands for rescission, subject to the individual choice of withdrawing this notice of rescission after their rights are declared.

WHEREFORE, Plaintiffs request that the Court grant the following relief in favor of Plaintiffs and the Class against Defendant for:

a.     A declaration that any class member who so desires may rescind their transaction;

b.     Statutory damages pursuant to 15 U.S.C. § 1640;

c.     Attorney's fees, litigation expenses and costs of suit;

d.     Such other or further relief as the Court deems proper.

DATED this 16th day of July, 2008.

STOLL STOLL BERNE LOKTING &
SHLACHTER P.C.

By: _____
STEVE D. LARSON, OSB No. 863540
JOSHUA L. ROSS, OSB No. 034387
Telephone: (503) 227-1600
     and
EARL P. UNDERWOOD, JR.
Telephone: (251) 990-5558
     and
KENNETH J. RIEMER
Telephone: (251) 432-9212
Attorneys for Plaintiffs

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

A. **Settlement Statement**

**U.S. Department of Housing and Urban Development**

OMB No. 2502-0265

## B. Type of Loan

| | |
|---|---|
| 1. ☐ FHA  2. ☐ FmHA  3. ☒ Conv Unins | 6. File Number 137433 | 7. Loan Number 50016138 | 8. Mortgage Ins Case Number |
| 4. ☐ VA  5. ☐ Conv Ins.  6. ☐ Seller Finance | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| Aaron D. Ward and Kaynatrice D. Ward<br><br>, | <br><br>Tax ID: | Lime Financial Services, LTD<br>5885 Southwest Meadows Rd<br>Ste 600<br>Lake Oswego, OR  97035 |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| Mobile, AL<br>302 Dexter Avenue<br>Mobile, AL  36604 | Surety Land Title, Inc. – Main Office<br>5909 Airport Boulevard<br>Mobile, AL  36608   Tax ID: 63-0846215 |

| | Place of Settlement | I. Settlement Date |
|---|---|---|
| | Surety Land Title, Inc<br>5909 Airport Blvd<br>Mobile, AL  36608 | 7/22/2005<br>Fund: 7/27/2005 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101.  Contract Sales Price | | 401.  Contract Sales Price | |
| 102.  Personal Property | | 402.  Personal Property | |
| 103.  Settlement Charges to borrower | $732.53 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106.  City property taxes | | 406.  City property taxes | |
| 107.  County property taxes | | 407.  County property taxes | |
| 108.  Assessment Taxes | | 408.  Assessment Taxes | |
| 109.  School property taxes | | 409.  School property taxes | |
| 110.  HOA Dues | | 410.  HOA Dues | |
| 111.  Other taxes | | 411.  Other taxes | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | $732.53 | **420.  Gross Amount Due to Seller** | $0.00 |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201.  Deposit or earnest money | | 501.  Excess Deposit | |
| 202.  Principal amount of new loan(s) | $23,000.00 | 502.  Settlement Charges to Seller (line 1400) | |
| 203.  Existing loan(s) taken subject to | | 503.  Existing Loan(s) Subject to | |
| 204.  Loan Amount 2nd Lien | | 504.  Payoff of first mortgage loan | |
| 205. | | 505.  Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210.  City property taxes | | 510.  City property taxes | |
| 211.  County property taxes | | 511.  County property taxes | |
| 212.  Assessment Taxes | | 512.  Assessment Taxes | |
| 213.  School property taxes | | 513.  School property taxes | |
| 214.  HOA Dues | | 514.  HOA Dues | |
| 215.  Other taxes | | 515.  Other taxes | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $23,000.00 | **520. Total Reduction Amount Due Seller** | $0.00 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross amount due from borrower (line 120) | $732.53 | 601. Gross Amount due to seller  (line 420) | $0.00 |
| 302. Less amounts paid by/for borrower (line 220) | $23,000.00 | 602. Less reductions in amt. due seller (line 520) | $0.00 |
| 303. Cash To Borrower | $22,267.47 | 603. Cash  Seller | $0.00 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following:  • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services;
• Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate;  • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement.  These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller.  These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.
The information requested does not lend itself to confidentiality.

EXHIBIT A
PAGE 1 OF 2

File No. 137433

**L. Settlement Charges**

| 700. Total Sales/Broker's Commission based on price | $0.00 | @ % = | $0.00 | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|---|
| Division of Commission (line 700) as follows: | | | | | | |
| 701. | | to | | | | |
| 702. | | to | | | | |
| 703. Commission Paid at Settlement | | | | | $0.00 | $0.00 |
| **800. Items Payable in Connection with Loan** | | | | | | |
| 801. Loan Origination Fee    % | | to | | | | |
| 802. Loan Discount    % | | to | | | | |
| 803. Appraisal Fee | | to | | | | |
| 804. Credit Report | | to | | | | |
| 805. Administration Fee | | to    Lime Financial Services, LTD | | | $199.00 | |
| 806. Mortgage Insurance Application | | to | | | | |
| 807. Assumption Fee | | to | | | | |
| 808. Underwriting Fee | | to | | | | |
| 809. Flood Certification Fee | | to | | | | |
| **900. Items Required by Lender To Be Paid In Advance** | | | | | | |
| 901. Interest from    7/27/2005   to    8/1/2005 @ $6.21/day | | | | | $31.03 | |
| 902. Mortgage Ins Prem. for months | | to | | | | |
| 903. Hazard Ins Prem. for 1 years | | to    Farmers Insurance | | POC $1,418.59 | | |
| **1000. Reserves Deposited With Lender** | | | | | | |
| 1001. Hazard insurance | | months @ | | per month | | |
| 1002. Mortgage insurance | | months @ | | per month | | |
| 1003. City property taxes | | months @ | | per month | | |
| 1004. County property taxes | | months @ | | per month | | |
| 1005. Assessment Taxes | | months @ | | per month | | |
| 1006. School property taxes | | months @ | | per month | | |
| 1007. HOA Dues | | months @ | | per month | | |
| 1008. Other taxes | | months @ | | per month | | |
| 1011. Aggregate Adjustment | | | | | | |
| **1100. Title Charges** | | | | | | |
| 1101. Settlement or closing fee | | to    Surety Land Title, Inc | | | $150.00 | |
| 1102. Courier / Documentation Fee | | to    Surety Land Title, Inc | | | $45.00 | |
| 1103. Title examination | | to | | | | |
| 1104. Title insurance binder | | to | | | | |
| 1105. Document preparation | | to | | | | |
| 1106. Notary fees | | to | | | | |
| 1107. Attorney's fees | | to | | | | |
| (includes above items numbers: | | | | ) | | |
| 1108. Title insurance | | to    Surety Land Title, Inc | | | $175.00 | |
| (includes above items numbers: | | | | ) | | |
| 1109. Lender's coverage | | $23,000.00/$175.00 . | | | | |
| 1110. Owner's coverage | | $0.00/$0.00 | | | | |
| 1111. Escrow fee | | to    Surety Land Title, Inc | | | | |
| **1200. Government Recording and Transfer Charges** | | | | | | |
| 1201. Recording Fees    Deed    ; Mortgage $132.50 | | ; Releases | | | $132.50 | |
| 1202. City/county tax/stamps    Deed    ; Mortgage | | to | | | | |
| 1203. State tax/stamps    Deed    ; Mortgage | | to | | | | |
| 1204. Tax certificates | | to | | | | |
| 1205. Conveyance Fee | | to | | | | |
| **1300. Additional Settlement Charges** | | | | | | |
| 1301. Survey | | to | | | | |
| 1302. Pest Inspection | | to | | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | | $732.53 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

_[signature]_
Aaron D. Ward

_[signature]_
Kathyatrice D. Ward

SETTLEMENT AGENT CERTIFICATION
The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_[signature]_         7-22-05
Settlement Agent         Date
Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Seller's Taxpayer Identification Number Solicitation and Certification
You are required by law to provide the Settlement Agent named above with your correct taxpayer identification number. If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under Penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

_____        _____
Seller's Signature        Date

EXHIBIT A
PAGE 2 OF 2

# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

WARD
Loan #: 50016138
MIN: 100206411111272893

Date: JULY 22, 2005

Lender: LIME FINANCIAL SERVICES, LTD.

Borrower(s):   AARON D WARD
               KAYNATRICE D. WARD

Property Address:   302 DEXTER AVENUE, MOBILE, AL 36604

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The amount of credit provided to you or on your behalf | TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.083% | $32,003.15 | $22,574.97 | $54,578.12 |

You have the right to receive at this time an Itemization of the Amount Financed.
☒ I want an Itemization.          ☐ I do not want an Itemization.

Payments: Your payment schedule will be:

| Number of Payments | Monthly Payments of* | Payments are Due Monthly beginning: | Number of Payments | Monthly Payments of | Payments are Due Monthly beginning: |
|---|---|---|---|---|---|
| 179 | 199.30 | SEPTEMBER 1, 2005 | | | |
| 1 | 18,903.42 | AUGUST 1, 2020 | | | |

☐ **Demand Feature:** This loan has a demand feature
☐ **Variable Rate:** Disclosures about the variable rate feature have been provided to you earlier.
☒ Variable Rate Not Applicable

**Security:**  You are giving a security interest in the property located at 302 DEXTER AVENUE, MOBILE, AL 36604.

**Late Charge:** If payment is more than 15 days late, the penalty charge is 5.000% of the payment.

**Filing Fees/Recording Fees:** $135.00

**Prepayment:** If you pay off this loan early, you ☐ may ☒ will not have to pay a penalty, and you ☐ may ☒ will not be entitled to a refund of part of the finance charge.

**Assumption:** Someone buying your home
☒ will not be allowed to assume the remainder of this mortgage on the original terms.
☐ may, subject to conditions, be allowed to assume the remainder of this mortgage on the original terms.

**Required Deposit:** If lender requires you to maintain a deposit as a condition of the loan, the annual percentage rate does not reflect the effect of the required deposit.

**Property Insurance** is required to obtain credit and may be obtained from anyone you want who is acceptable to this Lender.
☐ Property Insurance is not available through Lender.
☐ If you obtain Property Insurance from _____, you will pay $_____ for a term of _____.

**Credit Life and Disability Insurance** are not required to obtain credit and will not be provided at the time of closing. You may be offered these plans after closing, but they are not in effect at this time. No such insurance will be in force until you have completed an application, the insurance company has issued the policy, and the effective date of that policy has been provided.

See your loan documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

*Note: The Payments shown above include reserve deposits for Mortgage Insurance (if applicable), but exclude Property Taxes and Insurance.

I/we acknowledge receipt of a completed copy of this disclosure. SIGNED AND DATED:

- BORROWER - AARON D WARD - DATE -    7/22/05

- BORROWER - KAYNATRICE D. WARD - DATE -    7/22/05

EXHIBIT B
PAGE 1 OF 1

# NOTICE OF RIGHT TO CANCEL

WARD
Loan #: 50016138

Borrowers:    AARON D WARD
              KAYNATRICE D. WARD

## YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a security interest in your home. You have a legal right under federal law to cancel this transaction, without cost, within three (3) business days from whichever of the following events occurs last:

    (1)    the date of the transaction, which is _____ ; or
    (2)    the date you received your Truth-in-Lending disclosures; or
    (3)    the date you received this notice of your right to cancel.

If you cancel the transaction, the security interest is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the security interest in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing at:

    LIME FINANCIAL SERVICES, LTD.
    5885 SW MEADOWS ROAD, STE 600
    LAKE OSWEGO, OR 97035

You may use any written statement that is signed and dated by you and states your intention to cancel or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights. If you cancel by mail or telegram, you must send the notice no later than midnight of _____ (or midnight of the third business day* following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

_____    Date:_____

### RECEIPT OF NOTICE OF RIGHT TO CANCEL

Each of the undersigned have now received two **Notice of Right to Cancel** forms. The above real estate loan cannot be funded until three (3) business days* have elapsed since the date of this acknowledgement of receipt of the **Notice of Right to Cancel**.

*Business days include all days except Sundays, New Year's Day, Martin Luther King Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans Day, Thanksgiving Day, and Christmas Day.

Date Notice of Right to Cancel form received: _____

_____    7/22/05
- BORROWER - AARON D WARD - DATE -

_____    7/22/05
- BORROWER - KAYNATRICE D. WARD - DATE -

2852                    Page 1 of 1

EXHIBIT C
PAGE 1 OF 1

HUD-1A  OMB NO. 2502-0491

**A.  U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT**

## SETTLEMENT STATEMENT
Optional Form for Transactions without Sellers

| NAME AND ADDRESS OF BORROWER: | NAME AND ADDRESS OF LENDER: |
|---|---|
| Tina M. Resmondo<br>Joey B. Resmondo<br>30062 Faires Rd.<br>Elberta, AL 36530 | Lime Financial Services, LTD<br>5885 SW Meadows Rd., Ste 600<br>Lake Oswego, OR 97035 |

| PROPERTY LOCATION: | SETTLEMENT AGENT:  TitlePlus, LLC |
|---|---|
| 30062 Faires Rd.<br>Elberta, AL 36530<br>Baldwin County, Alabama | PLACE OF SETTLEMENT: 7389 Florida Boulevard, Suite 200B<br>Baton Rouge, LA 70806 |
| | SETTLEMENT DATE:  June 22, 2007    Disburse:06/27/07 |
| | LOAN NUMBER:  50071246 |

| L. SETTLEMENT CHARGES | | | M. DISBURSEMENT TO OTHERS | | |
|---|---|---|---|---|---|
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | 1501. Payoff            to | | |
| 801. Loan Origination Fee  1.5000% to Norstar Mortage Group | | 2,611.50 | GEMB/Care Credit | | 973.00 |
| 802. Loan Discount          % to | | | 1502. Payoff            to | | |
| 803. Appraisal Fee          to R.L. Farmer & Company, Inc | | 350.00 | HSBC | | 929.00 |
| 804. Credit Report          to Norstar Mortage Group | | 26.49 | 1503. Payoff            to | | |
| 805. Lender's Inspection Fee  to | | | Chase | | 885.00 |
| 806. Mortgage Ins. App. Fee  to | | | 1504. Payoff            to | | |
| 807. Administration Fee     to Lime Financial Services, LTD | | 999.00 | HSBC | | 809.00 |
| 808. Processing Fee         to Norstar Mortage Group | | 800.00 | 1505. Payoff            to | | |
| 809. YSP Paid by Lime Financial to  to Norstar Mortage Group  POC:L2321.28 | | | Citi | | 797.00 |
| 810. | | | 1506. Payoff            to | | |
| 811. | | | Capital One | | 5,817.00 |
| 812. | | | 1507. | | |
| 813. | | | | | |
| 814. | | | 1508. | | |
| 815. | | | | | |
| 816. | | | 1509. | | |
| 817. | | | | | |
| 818. | | | 1510. | | |
| 819. | | | | | |
| 820. | | | 1511. | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
| 901. Interest  06/27/07  to  07/01/07  @ $  42.690000/day | | 170.76 | 1512. | | |
| 902. Mortgage Insurance Premfor          months to | | | | | |
| 903. Hazard Insurance Prem for    1.0 yr to | | | 1513. Payoff            to | | |
| 904. Flood Insurance Premium      1.0 | | | Chase Home Finance, L 21198163 | | 131,521.42 |
| 905. | | | 1514. Payoff            to | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | Colonial Bank   00060054698 | | 18,520.93 |
| 1001. Hazard Insurance    7.000 months @ $    190.33 per month | | 1,332.31 | 1520. TOTAL DISBURSED | | 160,252.35 |
| 1002. Mortgage Insurance        months @ $        per month | | | (enter on line 1603) | | |
| 1003. City/Town Taxes           months @ $        per month | | | | | |
| 1004. County Taxes   11.000 months @ $   37.33 per month | | 410.63 | | | |
| 1005. Assessments               months @ $        per month | | | | | |
| 1006. Flood Insurance Premi     months @ $        per month | | | | | |
| 1007.                           months @ $        per month | | | | | |
| 1008. Aggregate Adjustment      months @ $        per month | | -149.30 | | | |
| 1100. TITLE CHARGES | | | | | |
| 1101. Settlement Fee        to | | | | | |
| 1102. Title Search          to TitlePlus, LLC | | 175.00 | | | |
| 1103. Title Examination     to TitlePlus, LLC | | 400.00 | | | |
| 1104. Title Ins. Binder     to | | | | | |
| 1105. Document Prep.        to | | | | | |
| 1106. Notary Fees          to TitlePlus, LLC | | 175.00 | | | |
| 1107. Attorney's Fees       to | | | | | |
| (includes above item numbers:                    ) | | | | | |
| 1108. Title Insurance       to Old Republic Title Insurance Compa | | 488.00 | N.    NET SETTLEMENT | | |
| (includes above item numbers:                    ) | | | | | |
| 1109. Lender's Coverage  $   174,100.00     488.00 | | | | | |
| 1110. Owner's Coverage   $ | | | | | |
| 1111. | | | | | |
| 1112. | | | | | |
| 1113. | | | 1600. Loan Amount | $ | 174,100.00 |
| 1114. | | | | | |
| 1115. | | | | | |
| 1116. | | | 1601. Plus Cash/Check from | $ | 0.00 |
| 1117. | | | Borrower | | |
| 1118. | | | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | 1602. Minus Total Settlement | $ | 8,240.54 |
| 1201. Recording fees: Mortgage $  65.00  ; Releases $   20.00 | | 85.00 | Charges (line 1400) | | |
| 1202. City/County Tax/Stamps:   Mortgage          $ | | | | | |
| 1203. State Tax/Stamps:         Mortgage          $   261.15 | | 261.15 | 1603. Minus Total Disbursements | $ | 160,252.35 |
| 1204. | | | to Others (line 1520) | | |
| 1205. | | | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | 1604. Equals Disbursements to | | |
| 1301. Survey | | | Borrower (after expiration | | |
| 1302. Pest Inspection | | | of any applicable rescission | | |
| 1303. Courier Fee           to TitlePlus, LLC | | 75.00 | period required by law) | $ | 5,607.11 |
| 1304. Wire Fee              to TitlePlus, LLC | | 30.00 | | | |
| 1305. | | | | | |
| 1400. TOTAL SETTLEMENT CHARGES  (enter on line 1602) | | 8,240.54 | | | |

### FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

RESCINDED
Loan #: 00071266
MIN: 1003064121112613629

Date: JUNE 22, 2007

Lender: MINE FINANCIAL SERVICES, LTD.

Borrower(s):    JOEY B. RESMONDO
                TINA M. RESMONDO

Property Address: 30662 FAIRES ROAD, ELBERTA, AL 26880

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled. |
| 11.199% | $540,983.77 | $168,937.25 | $709,921.02 |

You have the right to receive at this time an Itemization of the Amount Financed.
☒ I want an Itemization.                                          ☐ I do not want an Itemization.

Payments: Your payment schedule will be:

| Number of Payments | Monthly Payments of | Payments are Due Monthly beginning | Number of Payments | Monthly Payments of | Payments are Due Monthly beginning |
|---|---|---|---|---|---|
| 24 | 1,332.24 | AUGUST 1, 2007 | | | |
| 335 | 1,663.48 | AUGUST 1, 2009 | | | |
| 1 | 130,985.46 | JULY 1, 2037 | | | |

Assuming the index remains unchanged for the life of the loan. *The index used to calculate the APR is 5.490%.*

☐ Demand Feature: This loan has a demand feature
☒ Variable Rate: Disclosures about the variable rate feature have been provided to you earlier.
☐ Variable Rate Not Applicable

Security:  You are giving a security interest in the property located at 30662 FAIRES ROAD, ELBERTA, AL 36530.

Late Charge: If payment is more than 15 days late, the penalty charge is 5.000% of the payment.

Filing Fees/Recording Fees: $1,500.00

Prepayment:  If you pay off this loan early, you ☐ may ☒ will not have to pay a penalty, and you ☐ may ☒ will not be entitled to a refund of part of the finance charge.

Assumption:   Someone buying your home
              ☒ will not be allowed to assume the remainder of this mortgage on the original terms.
              ☐ may, subject to conditions, be allowed to assume the remainder of this mortgage on the original terms.

Required Deposit: If lender requires you to maintain a deposit as a condition of the loan, the annual percentage rate does not reflect the effect of the required deposit.

Property Insurance is required to obtain credit and may be obtained from anyone you want who is acceptable to this Lender.
☒ Property Insurance is not available through Lender.
☐ If you obtain Property Insurance from _____, you will pay $_____ for a term of _____.

Credit Life and Disability Insurance are not required to obtain credit and will not be provided at the time of closing. You may be offered these plans after closing, but they are not in effect at this time. No such insurance will be in force until you have completed an application, the insurance company has issued the policy, and the effective date of that policy has been provided.

See your loan documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

*Note: The Payments shown above include reserve deposits for Mortgage Insurance (if applicable), but exclude Property Taxes and Insurance.

I/we acknowledge receipt of a completed copy of this disclosure. SIGNED AND DATED:

- BORROWER - JOEY B. RESMONDO - DATE -

- BORROWER - TINA M. RESMONDO - DATE -

👁  MSL12                                Page 1 of 1

## NOTICE OF RIGHT TO CANCEL

RESENONDO
Loan #: 50073246
MIN:1060966121113831925

Borrower:     JOEY B. RESENONDO
              TINA M. RESENONDO

### YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a security interest in your home. You have a legal right under federal law to cancel this transaction, without cost, within three (3) business days from whichever of the following events occurs last:

(1)   the date of the transaction, which is _____; or
(2)   the date you received your Truth-in-Lending disclosures; or
(3)   the date you received this notice of your right to cancel.

If you cancel the transaction, the security interest is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the security interest in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing at:

    LYNX FINANCIAL SERVICES, LTD.
    5885 SW MEADOWS ROAD, STE 600
    LAKE OSWEGO, OR 97035

You may use any written statement that is signed and dated by you and states your intention to cancel or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights. If you cancel by mail or telegram, you must send the notice no later than midnight of _____ (or midnight of the third business day* following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

_____          Date: _____

### RECEIPT OF NOTICE OF RIGHT TO CANCEL

Each of the undersigned have now received two Notice of Right to Cancel forms. The above real estate loan cannot be funded until three (3) business days* have elapsed since the date of this acknowledgement of receipt of the Notice of Right to Cancel.

*Business days include all days except Sundays, New Year's Day, Martin Luther King Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans Day, Thanksgiving Day, and Christmas Day.

_____
- BORROWER - JOEY B. RESENONDO - DATE -

_____
- BORROWER - TINA M. RESENONDO - DATE -

EXHIBIT F
PAGE 1 OF 1

A. **Settlement Statem**

U.S. Department of Housing
and Urban Development

OMB No. 2502-0265

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ Conv Unins | 6. File Number | 7. Loan Number | 8. Mortgage Ins Case Number |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv Ins. | 6. ☐ Seller Finance | MOB0600452 | 50044222 | ... |

C. Note:  This form is furnished to give you a statement of actual settlement costs.  Amounts paid to and by the settlement agent are shown.  Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| Pauline Anderson Lamplin<br>89 Brownwood Ave.<br>Bay Minette, AL 36507 | , | Lime Financial Services, LTD<br>5885 SW Meadows Rd., Ste. 600<br>Lake Oswego, OR  97035 |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| 89 Brownwood Ave. Bay Minette, AL 36507<br>89 Brownwood Ave.<br>Bay Minette, AL  36507 | Reli, Inc.<br>6349 Picadilly Square Drive<br>Mobile, AL  36609   Tax ID: 63-1186959 |

| | Place of Settlement | I. Settlement Date |
|---|---|---|
| | Reli, Inc.<br>6349 Picadilly Square Drive<br>Mobile, AL  36609 | 06/09/2006<br>Fund: 06/14/2006 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | $4,235.80 | 403. | |
| 104. payoff citifinancial | $14,744.81 | 404. | |
| 105. payoff nationwide vinyl | $33,500.00 | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City property taxes | | 406. City property taxes | |
| 107. County property taxes | | 407. County property taxes | |
| 108. Assessment Taxes | | 408. Assessment Taxes | |
| 109. School property taxes | | 409. School property taxes | |
| 110. HOA Dues | | 410. HOA Dues | |
| 111. Other taxes | | 411. Other taxes | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | $52,480.61 | **420. Gross Amount Due to Seller** | $0.00 |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | $59,000.00 | 502. Settlement Charges to Seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City property taxes | | 510. City property taxes | |
| 211. County property taxes | | 511. County property taxes | |
| 212. Assessment Taxes | | 512. Assessment Taxes | |
| 213. School property taxes | | 513. School property taxes | |
| 214. HOA Dues | | 514. HOA Dues | |
| 215. Other taxes | | 515. Other taxes | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $59,000.00 | **520. Total Reduction Amount Due Seller** | $0.00 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | $52,480.61 | 601. Gross Amount due to seller (line 420) | $0.00 |
| 302. Less amounts paid by/for borrower (line 220) | $59,000.00 | 602. Less reductions in amt. due seller (line 520) | $0.00 |
| **303. Cash To Borrower** | $6,519.39 | **603. Cash  Seller** | $0.00 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following:  • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services;
• Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate;  • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement.  These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller.  These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.
The information requested does not lend itself to confidentiality.

EXHIBIT G
PAGE 1 OF 2

File No. MOB0600452

| L. Settlement Charges | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| 700.  Total Sales/Broker's Commission based on price | | $0.00 | @ % =  $0.00 | | |
| Division of Commission (line 700) as follows: | | | | | |
| 701. | to | | | | |
| 702. | to | | | | |
| 703.  Commission Paid at Settlement | | | | $0.00 | $0.00 |
| 800.  Items Payable in Connection with Loan | | | | | |
| 801.  Loan Origination Fee    % | to  First Choice Mortgage | | | $1,280.00 | |
| 802.  Loan Discount    % | to | | | | |
| 803.  Appraisal Fee | to  Turberville Appraisal Services | | POC (B) $300.00 | | |
| 804.  Credit Report | to | | | | |
| 805.  Lender's Inspection Fee | to | | | | |
| 806.  Mortgage Insurance Application | to | | | | |
| 807.  Assumption Fee | to | | | | |
| 808.  processing fee | to  First Choice Mortgage | | | $500.00 | |
| 809.  administration fee | to  Lime Financial Services, LTD | | | $899.00 | |
| 810.  yield spread  premium fr Lime Financial | to  First Choice Mortgage | | POC (L) $590.00 | | |
| 811. | to | | | | |
| 812. | to | | | | |
| 900.  Items Required by Lender To Be Paid in Advance | | | | | |
| 901.  Interest from    06/14/2006  to    07/01/2006 | @ $15.5178/day | | | $263.80 | |
| 902.  Mortgage Insurance Premium for  months | to | | | | |
| 903.  Hazard Insurance Premium for  years | to  Access General Agency | | | $202.00 | |
| 1000.  Reserves Deposited With Lender | | | | | |
| 1001.  Hazard insurance | months @ | $16.83 | per month | | |
| 1002.  Mortgage insurance | months @ | | per month | | |
| 1003.  City property taxes | months @ | | per month | | |
| 1004.  County property taxes | months @ | | per month | | |
| 1005.  Assessment Taxes | months @ | | per month | | |
| 1006.  School property taxes | months @ | | per month | | |
| 1007.  HOA Dues | months @ | | per month | | |
| 1008.  Other taxes | months @ | | per month | | |
| 1011.  Aggregate Adjustment | | | | | |
| 1100.  Title Charges | | | | | |
| 1101.  Settlement or closing fee | to  Reli, Inc. | | | $300.00 | |
| 1102.  Abstract or title search | to  Reli, Inc. | | | $175.00 | |
| 1103.  Title examination | to | | | | |
| 1104.  Title insurance binder | to | | | | |
| 1105.  Document preparation | to | | | | |
| 1106.  Notary fees | to  Nathan Fogelsong | | | $150.00 | |
| 1107.  Attorney's fees | to | | | | |
| (includes above items numbers: | | | ) | | |
| 1108.  Title insurance | to  Reli, Inc. | | | $197.50 | |
| (includes above items numbers: | | | ) | | |
| 1109.  Lender's coverage | $59,000.00/$197.50 | | | | |
| 1110.  Owner's coverage | $0.00/$0.00 | | | | |
| 1111.  Escrow fee | to | | | | |
| 1200.  Government Recording and Transfer Charges | | | | | |
| 1201.  Recording Fees    Deed ; Mortgage ; Rel | | to | | | |
| 1202.  City/county tax/stamps    Deed ; Mortgage | | to | | | |
| 1203.  State tax/stamps    Deed ; Mortgage $88.50 | | to | | $88.50 | |
| 1204.  Recording | to  Judge of Probate | | | $75.00 | |
| 1205.  Conveyance Fee | to | | | | |
| 1300.  Additional Settlement Charges | | | | | |
| 1301.  Survey | to | | | | |
| 1302.  Pest Inspection | to | | | | |
| 1303.  Courier /Wire/ Funding/Copy | to  Reli, Inc. | | | $80.00 | |
| 1304.  Update | to  Reli, Inc. | | | $25.00 | |
| 1305.  mc | to | | | | |
| 1306.  mc | to | | | | |
| 1307.  mc | to | | | | |
| 1308.  mc | to | | | | |
| 1309.  mc | to | | | | |
| 1310.  mc | to | | | | |
| 1400.  Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | $4,235.80 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction.  I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

EXHIBIT G
PAGE 2 OF 2

## FEDE _ _ TRUTH-IN-LENDING DISCLOSURE STAT _ _ENT

ANDERSON
Loan #: 50044222
MIN: 100206411111549688

Date: JUNE 9, 2006

Lender: LIME FINANCIAL SERVICES, LTD.

Borrower(s):    PAULINE ANDERSON

Property Address: 89 BROWN WOOD AVENUE, BAY MINETTE, AL 36507

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The amount of credit provided to you or on your behalf | TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 12.063% | $157,535.01 | $55,502.20 | $213,037.21 |

You have the right to receive at this time an Itemization of the Amount Financed.

☒ I want an Itemization.             ☐ I do not want an Itemization.

Payments: Your payment schedule will be:

| Number of Payments | Monthly Payments of* | Payments are Due Monthly beginning: | Number of Payments | Monthly Payments of | Payments are Due Monthly beginning: |
|---|---|---|---|---|---|
| 24 | 500.41 | AUGUST 1, 2006 | | | |
| 335 | 598.33 | AUGUST 1, 2008 | | | |
| 1 | 586.82 | JULY 1, 2036 | | | |

Assuming the index remains unchanged for the life of the loan. The index used to calculate the APR is 5.380%.

☐ **Demand Feature:** This loan has a demand feature.
☒ **Variable Rate:** Disclosures about the variable rate feature have been provided to you earlier.
☐ **Variable Rate Not Applicable**

**Security:**  You are giving a security interest in the property located at 89 BROWN WOOD AVENUE, BAY MINETTE, AL 36507.

**Late Charge:** If payment is more than 15 days late, the penalty charge is 5.000% of the payment.

**Filing Fees/Recording Fees:** $230.00

**Prepayment:**   If you pay off this loan early, you ☐ may ☒ will not have to pay a penalty, and you ☐ may ☒ will not be entitled to a refund of part of the finance charge.

**Assumption:**   Someone buying your home
☒ will not be allowed to assume the remainder of this mortgage on the original terms.
☐ may, subject to conditions, be allowed to assume the remainder of this mortgage on the original terms.

**Required Deposit:** If lender requires you to maintain a deposit as a condition of the loan, the annual percentage rate does not reflect the effect of the required deposit.

**Property Insurance** is required to obtain credit and may be obtained from anyone you want who is acceptable to this Lender.
☒ Property Insurance is not available through Lender.
☐ If you obtain Property Insurance from _____, you will pay $_____ for a term of _____.

**Credit Life and Disability Insurance** are not required to obtain credit and will not be provided at the time of closing. You may be offered these plans after closing, but they are not in force until this time. No such insurance will be in force until you have completed an application, the insurance company has issued the policy, and the effective date of that policy has been provided.

See your loan documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

*Note: The Payments shown above include reserve deposits for Mortgage Insurance (if applicable), but exclude Property Taxes and Insurance.

I/we acknowledge receipt of a completed copy of this disclosure. SIGNED AND DATED:

_____
- BORROWER - PAULINE ANDERSON - DATE -

**EXHIBIT H**
**PAGE 1 OF 1**

# NOTICE OF RIGHT TO CANCEL

ANDERSON
Loan #: 50044222

Borrowers:    PAULINE ANDERSON

## YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a security interest in your home. You have a legal right under federal law to cancel this transaction, without cost, within three (3) business days from whichever of the following events occurs last:

(1)    the date of the transaction, which is _____ ; or
(2)    the date you received your Truth-in-Lending disclosures; or
(3)    the date you received this notice of your right to cancel.

If you cancel the transaction, the security interest is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the security interest in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing at:

LIME FINANCIAL SERVICES, LTD.
5885 SW MEADOWS ROAD, STE 600
LAKE OSWEGO, OR 97035

You may use any written statement that is signed and dated by you and states your intention to cancel or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights. If you cancel by mail or telegram, you must send the notice no later than midnight of _____ (or midnight of the third business day* following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

_____    Date:_____

## RECEIPT OF NOTICE OF RIGHT TO CANCEL

Each of the undersigned have now received two Notice of Right to Cancel forms. The above real estate loan cannot be funded until three (3) business days* have elapsed since the date of this acknowledgement of receipt of the Notice of Right to Cancel.

*Business days include all days except Sundays, New Year's Day, Martin Luther King Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans Day, Thanksgiving Day, and Christmas Day.

Date Notice of Right to Cancel form received: _____

_____
- BORROWER - PAULINE ANDERSON - DATE -

2852                        Page 1 of 1

EXHIBIT I
PAGE 1 OF 1