IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AARON AND KAYNATICE WARD, *et al.*, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 09-00057-KD-N |
| ) | |
| LIME FINANCIAL SERVICES, LTD., ) | |
|     Defendant. ) | |

## ORDER

After due and proper consideration of all pleadings in this file and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 5, 2009 is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the Defendants' Motion to Dismiss (Doc. 46) is **GRANTED**, that Plaintiffs' claim seeking enforcement of their claimed right to is action is **DISMISSED** with prejudice, and that Plaintiffs' claims for misrepresentation of the finance charge and for civil damages are **DISMISSED** without prejudice. No costs are taxed.

**DONE** and **ORDERED** this the **21st** day of **October 2009.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**